DECKER, Respondent, v. DECKER, Appellant. (Supreme Court, Appellate Division, First Department. November 14, 1913.) Action by Kathryne B. Decker against Henry E. Decker. N. McGovern, of New York City, for appellant. E. S. Booth, of New York City, for respondent. No opinion. Order modified as stated in order, and, as modified, affirmed, without costs. Order filed.

DE FRISCO, Appellant, v. GOODMAN, Respondent. (Supreme Court, Appellate Division, First Department. October 24, 1913.) Action by Dominio De Frisco against Patrick Goodman. M. J. Joyce, of New York City, for appellant. J. B. Henney, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

DEICHES v. WESTERN DEVELOPMENT CO. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Maurice Deiches, as receiver, etc., against the Western Development Company. No opinion. Motion for stay denied, with $10 costs. Order filed. See, also, 157 App. Div. 674, 142 N. Y. Supp. 932; 143 N. Y. Supp. 1113.

DEICHES v. WESTERN DEVELOPMENT CO. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Maurice Deiches, as receiver, etc., against the Western Development Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 143 N. Y. Supp. 1113.

DELABARRE v. SEES et al. (Supreme Court, Appellate Division, Second Department. October 3, 1913.) Action by Frances Freeland Delabarre against Anna S. Sees, individually, and as executrix, etc., and Maria L. Delabarre.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the final award of costs, on the ground that the proofs fall short of showing any undue influence by the appellant. Surmise and conjecture as to how the deceased came so violently to disagree with his brother do not sustain a verdict. A possibility that undue influence may have been used cannot justify setting aside a will upon that ground.

DE NYIRI, Respondent, v. WICKWIRE STEEL CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 15, 1913.) Action by John De Nyiri, as administrator, etc., against the Wickwire Steel Company. No opinion. Judgment and order affirmed, with costs.

DERBYSHIRE, Respondent, v. KEYSTONE VARNISH CO., Appellant. (Supreme Court, Appellate Division, Second Department. September 23, 1913.) Action by John Derbyshire against the Keystone Varnish Company. No opinion. Judgment and order unanimously affirmed, with costs. Appeal to Court of Appeals denied. 143 N. Y. Supp. 1113.

DERBYSHIRE, Respondent, v. KEYSTONE VARNISH CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 24, 1913.) Action by John Derbyshire against the Keystone Varnish Company. No opinion. On a careful re-examination of the record on appeal, we see no reason for a reargument, and the motion is therefore denied, without costs. Motion for leave to appeal to the Court of Appeals (from 143 N. Y. Supp. 1113) denied, without costs.

DICK, Appellant, v. INTERBORO RAPID TRANSIT CO., Respondent. (Supreme Court, Appellate Division, First Department. November 7, 1913.) Action by Jessie S. Dick against the Interboro Rapid Transit Company. W. C. Abercrombie, of New York City, for appellant. B. H. Ames, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

DICKEY, Plaintiff, v. GORTNER, Defendant. (Supreme Court, Appellate Division, Second Department. October, 1913.) Action by Paul Dickey against Christopher A. Gortner.

PER CURIAM. Motion for leave to appeal to the Court of Appeals denied. The time to appeal has long since expired, and granting of leave would not extend the time. The granting of leave in a case of this character is not necessary in any event. See, also, 152 App. Div. 937, 137 N. Y. Supp. 1117.

CARR, J., taking no part.

DIEGL v. MERCANTILE WAREHOUSE CO. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Emma S. Diegl against the Mercantile Warehouse Company. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

DI MARCO, Respondent, v. BUFFALO & FT. E. FERRY & RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 8, 1913.) Action by Sarah Di Marco against the Buffalo & Ft. Erie Ferry & Railway Company. No opinion. Motion for leave to appeal to Court of Appeals (from 156 App. Div. 924, 141 N. Y. Supp. 1116) denied, with $10 costs.

DI MARTINO, Respondent, v. WEISBECKER et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 24, 1913.) Action by Michele Di Martino, an infant, etc., against Francis A. Weisbecker, Sr., and others. No opinion. Judgment and order of the County Court of Kings County unanimously affirmed, with costs.

DOBEK v. AUSTRO-AMERICANA S. S. CO., Limited. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by Ferdinand Dobek against the Austro-Americana Steamship Company, Limited. No